FILED

1   **DOUGLAS A. LINDE, ESQ. (SBN 217584)**
    **ERICA ALLEN, ESQ. (SBN 234922)**
2   **THE LINDE LAW FIRM**
    **9000 Sunset Boulevard, Ste. 1025**
3   **Los Angeles, California 90069**
    **(310) 203-9333; (310) 203-9233 FAX**
4

5   Attorneys for Plaintiff, ITC TEXTILE, LTD.

2012 APR -5  AM 8: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  ITC TEXTILE, LTD.                  )   Case No. **CV12-2975** -E
                                       )
12              Plaintiffs,            )   **COMPLAINT FOR DAMAGES**
13              v.                     )
                                       )   **1. COPYRIGHT**
14                                     )      **INFRINGEMENT**
    J.C. PENNEY COMPANY, INC.;         )
15  BLUE PRINT CLOTHING CORP.;         )
16  and DOES 1 though 10, inclusive,   )   **2. BREACH OF CONTRACT**
                                       )
17              Defendants.            )   **DEMAND FOR JURY TRIAL**
                                       )
18  _____)

19

20  COMES NOW, PLAINTIFF ITC TEXTILE, LTD. ("Plaintiff" or "ITC") and

21  complains of and alleges the following:

22              **JURISDICTION AND VENUE**

23      1.      This is an action for copyright infringement under the Copyright Act of

24  1976, Title 17 U.S.C. § 101 et seq., seeking damages, attorneys' fees, injunctive relief,

25  an accounting, and other relief based upon claims related to the misappropriation of

26  Plaintiff's intellectual property, as well as pendant state law claim for breach of

27  contract.

28

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3.      The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

### The Plaintiff

5.      Plaintiff, ITC TEXTILE, LTD. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in California at 4577 Maywood Avenue, Vernon, California 90058.  It is citizen of the State of California and Delaware.

### The Defendants

6.      Plaintiff is informed and believes and thereon alleges that Defendant J.C. PENNEY COMPANY, INC. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Texas at 6501 Legacy Drive, Plano, TX 75024.  Plaintiff is informed and believes and thereon alleges that Defendant J.C. PENNEY COMPANY, INC. is in the business of manufacturing, assembling and/or selling garments through retail stores.

7.      Plaintiff is informed and believes and thereon alleges that BLUE PRINT CLOTHING CORP. is a corporation organized and existing under the laws of the State of California with its principal place of business at 5500 Bandini Blvd., Bell, CA 90201.  Plaintiff is informed and believes and thereon alleges that BLUE PRINT CLOTHING CORP. is in the business of designing, manufacturing, assembling and/or distributing garments.

8.      Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold garments comprised of fabric printed with Plaintiff's copyrighted Subject Design (as hereinafter defined) or that have otherwise contributed to the infringement of Plaintiff's copyrighted Subject Design.  The true names and capacities, whether corporate, individual or otherwise, of the Defendant DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

9.      Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.

(Against All Defendants and Each of Them)

10.      Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

11.      Plaintiff developed original artwork which were assigned internal design numbers 3146-1 Corine, and 3121-1 Deep Florals ("Subject Designs").  The Subject

COMPLAINT FOR DAMAGES

Designs contain materials wholly original with Plaintiff and are copyrightable subject matter under the laws of the United States.

12.     A true and correct copy of Plaintiff's original 3146-1 Corine design and copyright registration certificate are attached hereto as Exhibit 1.

13.      A true and correct copy of Plaintiff's original 3121-1 Deep Florals design and copyright registration certificate are attached hereto as Exhibit 2.

14.     Plaintiff disclosed the Subject Designs to BLUEPRINT CLOTHING CORP.

15.     Defendants wrongfully created copies of the Subject Designs without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Designs were their own.

16.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyrights by making derivative works from Plaintiff's copyrighted Subject Design, and/or by producing and distributing garments incorporating those derivative works without Plaintiff's permission.  Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Design that belong solely to Plaintiff.

17.     BLUEPRINT CLOTHING CORP. offered for sale, and in fact sold, the garments attached hereto as Exhibit 3 and Exhibit 4.

18.      J.C. PENNEY COMPANY, INC. offered for sale, and in fact sold, the garments attached hereto as Exhibit 3 and Exhibit 4.

19.     Plaintiff is informed and believes that BLUE PRINT CLOTHING CORP. sold garments of the type attached hereto as Exhibit 3 and Exhibit 4, to retailers other than J.C. PENNEY COMPANY, INC.

20.     Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing patterns featured on Exhibit 3 and Exhibit 4, under different style numbers.

21.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also liable for contributory copyright infringement because each Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

22.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also vicariously liable for the subject infringements because each Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

23.     Defendants' acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

24.     Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Design.  Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Design.

## SECOND CLAIM FOR RELIEF

## BREACH OF CONTRACT

(Against All Defendants and Each of Them)

25.  Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

26.  Plaintiff prepared the ideas and concepts for the Subject Designs and disclosed them to Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, in confidence, with the understanding and expectation, fully and clearly understood by Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, that Defendant J.C. PENNEY COMPANY, INC. would benefit from this contract, and/or that Plaintiff would be reasonably compensated for their use by Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them. This disclosure was made under circumstances from which it could be concluded that Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, voluntarily accepted the disclosure of Plaintiff's ideas and concepts knowing the conditions under which it was tendered and the reasonable value of Plaintiff's work.

27.  By accepting the Plaintiff's disclosure of these ideas and concepts, Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, agreed that they would not disclose, divulge or exploit the Plaintiff's ideas and concepts without reasonable compensation and without obtaining the Plaintiff's consent.

28.  By utilizing Plaintiff's ideas and concepts, without Plaintiff's consent Defendants and each of them, breached their implied agreement not to utilize the Plaintiff's ideas and concepts without the express consent of the Plaintiff.

29.  Plaintiff performed all terms, covenants and conditions on its part to be performed under the oral contract except those which it was prevented or excused as a result of Defendants' breaches.

COMPLAINT FOR DAMAGES

30.   Defendants and each of them, materially breached the oral contract by failing to pay Plaintiff the full amount owed for all services rendered, and by utilizing without authorization the ideas and concepts created by Plaintiff.

31.     In addition the conduct of Defendants and each of them breached the implied covenant of good faith and fair dealing found in every contract by unfairly frustrating the reasonable expectations of Plaintiff to receive the benefits of the oral contract.

32.     As a direct and foreseeable result of the alleged conduct, Plaintiff has suffered damages for breach of the oral contract in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1.  That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2.  That Plaintiff be awarded all Defendants profits plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3.  For actual damages for breach of contract, unjust enrichment or reasonable value of services rendered according to proof;

4.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

5.  That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

6.  For pre-judgment interest as allowed by law;

7.  For the costs of this action; and

8.  For such further legal and equitable relief as the Court deems proper.

Dated:  April 2, 2012                    THE LINDE LAW FIRM

By: _____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff,
ITC TEXTILE, LTD.


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated:  April 2, 2012                    THE LINDE LAW FIRM

By: _____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff,
ITC TEXTILE, LTD.

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-710-686

**Effective date of
registration:**

March 8, 2010

---

**Title** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** ITC TEXTILE CADS

**Contents Titles:** 2789-1 Take Me Away

2665-1 Heart Peace Graffiti - All Over

3200-1 Sweet Punk

3199-1 Painterly Diagonal Stripes

3198-1 Rose Waltz

3146-1 Corine

3197-1 Distressed Irregular Stripes

3137-1 I'll Be There

3194-1 Tea Party

3178-1 Lace Bloom

3187-1 Lace Bow

3179-1 Lace Cardigan

3176-1 Friday Banquet

3205-1 Briza

3184-1 Rose Hiding Stripes

3226-2 Papercut Florals - Yellow

3226-1 Papercut Florals

3229-1 Camorose

3223-1 Redemption

3215-1 Rose Section

3214-1 Rose Motion

3222-2 Rosita

3222-1 Rosita

3238-1 Mitchi

3239-1 Reenee

**Name:** Grace Baeza

**Date:** March 4, 2010

# Corine

## Style No. 3146-1





COPYRIGHT©ITC Textile, Ltd.; All Rights Reserved.
* Print color intensity is based on 100% polyester.

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-710-654

**Effective date of
registration:**

March 8, 2010

---

Title ─────────────

**Title of Work:** ITC TEXTILE CADS

**Contents Titles:** 3083-1 Nature Sari

3138-1 Henna Paisley Medallion

3126-1 Blooming

3140-1 Henna Paisley Medallion Ver2

3067-1 Anna Blush Placement

3133-1 Terez

3111-1 Spiced Pompous Medallion

3113-1 Medallion Play

3139-1 Water

3142-1 Veejoy

3134-1 Zesty

3132-1 Calligraphy

3123-1 Floral Interlude

3121-1 Deep Florals

3130-1 Nile

3150-1 Distance

2663-1 Peace Out - Rock Star

3060-1 Dream

2664-1 Pink Daze - RV - Kids

3088-1 Dancing Hearts

3061-1 Butterfly Dream

3151-1 Splashy Skulls

3102-1 Pananamia

3078-1 Rosemarry

3141-1 Kalimka

3147-1 Costalia

3153-1 Parolli

2985-1 Juliet

3125-1 Diagonal Blooms Necklace

3124-1 Diagonal Blooms Solid

3106-1 Diagonal Blooms

3144-1 Prism Rose Lace

3129-1 Prism Roses

3144-2 Prism Rose Lace - No Ground

3145-1 Prism Rose Placement

3148-1 Prism Rose Hiding

3128-1 Confetti Rose

3143-1 Confetti Rose Dew

3105-3 Beach Stripes - RV Ground

3105-2 Beach Stripes - RV Ground

3104-2 Beach Stripes - Dark

3104-1 Beach Stripes

3104-3 Beach Stripes - Lemon

3152-1 Clarice

3107-1 Pagoda

3114-1 Sandrina

3079-1 Inlove

3110-1 Scarlett Rug

3154-1 Sudge

3081-1 Ocean Sari

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010        **Nation of 1st Publication:** United States

## Author

■        **Author:** ITC Textile

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ITC Textile

4575 Loma Vista Ave, Vernon, CA, 90058, United States

## Certification

**Name:**  Grace Baeza

**Date:**  March 4, 2010

# Deep Florals

## Style No. 3121-1

**SUBLITEX**
SUBLIMATION
TECHNOLOGY





COPYRIGHT©ITC Textile, Ltd.; All Rights Reserved.
* Print color intensity is based on 100% polyester.

# EXHIBIT 3



# EXHIBIT 4



DOUGLAS A. LINDE, ESQ. (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California  90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITC TEXTILE, LTD.<br><br><br>PLAINTIFF(S)<br>v.<br><br>J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12-2975** ~F~<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _The Linde Law Firm_____, whose address is _9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____APR - 5 2012_____

By: _____
        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

DOUGLAS A. LINDE, ESQ. (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California 90069
(310) 203-9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITC TEXTILE, LTD.<br><br><br>PLAINTIFF(S)<br>v.<br><br>J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-2975 -E<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _The Linde Law Firm_____, whose address is _9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR - 5 2012__

By: _____
      MARISA DAVIS
      Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>ITC TEXTILE, LTD. | **DEFENDANTS**<br>J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Douglas A. Linde and Erica L. Allen<br>THE LINDE LAW FIRM<br>9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges Defendants violated 17 U.S.C. 101 et seq, when they manufactured and sold garments bearing Plaintiff's original copyright protected designs.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV12-2975

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                    ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Blueprint Clothing Corporation | J.C. Penney Company, Inc.,- Texas |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved .

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date April 2, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |